No. 03–1076. WILLIAMS *v.* MADDI ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–1093. SHELTON *v.* SHELTON. Sup. Ct. Nev. Certiorari denied.

No. 03–1105. BROWN ET UX. *v.* TURNER ET UX. C. A. 3d Cir. Certiorari denied.

No. 03–1106. FAIRFAX REALTY, INC., ET AL. *v.* SMITH ET AL. Sup. Ct. Utah. Certiorari denied.

No. 03–1132. DUNLEAVY *v.* MAINE COMMITTEE ON JUDICIAL RESPONSIBILITY AND DISABILITY. Sup. Jud. Ct. Me. Certiorari denied.

No. 03–1141. GISSLEN *v.* CITY OF CRYSTAL, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1149. MISEK-FALKOFF ET VIR *v.* MCDONALD ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1154. SEARS *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 03–1155. GRACIA ET AL. *v.* PEREZ-GUZMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–1232. VALLADARES-HELGUERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–1233. WHEELER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–1241. HARRELSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7686. O'NEAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.